Nov. Term, 1844.

GRIFFITH
v.
HILL.

*Wednesday, January 1, 1845.*

*Wednesday, January 1, 1845.*

---

### GRIFFITH *v.* HILL.—In error.

*Wednesday, January 1, 1845.*

IF, after the dissolution of a partnership between *A.* and *B.*, the parties agree that the former shall pay, with his own funds, certain debts of the latter, and certain debts of the firm, in discharge of a note, which, previously to such agreement, had been given by *A.* to *B.*, and the payments be accordingly made, such payments, to the amount of the private

debts of *B.*, and of half of the partnership debts, thus paid, constitute a good defence to a suit at law on the note.